UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 25-CR-14063-MARTINEZ**

UNITED STATES OF AMERICA

v.

MARQUIS DEVON WALKER,

Defendant.
______________________________/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Brandy Brentari Galler on September 25, 2026 **[ECF No. 73]**. A Report and Recommendation was filed on September 28, 2026, recommending that the Defendant's plea of guilty be accepted **[ECF No. 76]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. In fact, a *Notice of Non-Objection* **[ECF No. 79]** was filed by the Government. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 76]** of United States Magistrate Judge Brandy Brentari Galler is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Counts One, Two, and Three of the Superseding Indictment. Count One charges the Defendant with Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846. Count Two charges the Defendant with Distribution of a Controlled Substance, in violation of Title 21, United

States Code, Section 841(a)(1). Count Three charges the Defendant with Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing will be set in this matter for **Monday, November 2, 2026, at 10:00 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 20 day of October 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Brandy Brentari Galler
U.S. Probation Office
all counsel of record